[No. 2921. Decided October 20, 1898.]

NORTHWESTERN LUMBER COMPANY, *Appellant,* v. CITY OF ABERDEEN, *Respondent.*

MUNICIPAL CORPORATIONS — GRADING CONTRACTS— FAILURE TO COLLECT ASSESSMENTS — LIABILITY.

A provision in a contract by a city for a street improvement, that it will duly and without neglect collect the special assessments therefor, does not render the city liable upon the contract, in case of its failure to comply, when the improvements were constructed under the assessment plan against the property specially benefited, and there was no attempt to construct them at the expense of the city generally.

Appeal from Superior Court, Chehalis County.—Hon. CHARLES W. HODGDON, Judge. Affirmed.

*Sidney Moor Heath,* for appellant.

*J. C. Cross,* for respondent.

PER CURIAM.—This was an action on certain street grade warrants, wherein the plaintiff sought to hold the city generally liable. It is contended that a provision in the contract, whereby the city agreed that it would duly and without neglect collect the special assessments, made the city generally liable on its failure to do so, and excepted the case from the more recent holdings of this court, in the *German-American Savings Bank v. Spokane,* 17 Wash. 315 (49 Pac. 542), and the cases following it; but it is apparent that this provision could not have any such effect, as the improvements were constructed under the assessment plan against the property specially benefited. It was not attempted to construct them at the expense of the city generally.

Affirmed.